1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**CHS MEDICAL STAFFING, INC.**, d/b/a COMPHEALTH MEDICAL STAFFING, a Delaware corporation

Plaintiff,

v.

**SAN JOAQUIN VALLEY REHABILITATION**,

Defendant.

No. 1:25-cv-00167-SKO

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE WITHOUT PREJUDICE**

(Doc. 7)

On March 17, 2025, Plaintiff filed a "Notice of Dismissal without Prejudice," notifying the Court that this case is voluntarily dismissed. (Doc. 7.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **March 17, 2025**                          */s/ Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE